```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 12487
   ROBERT E HARMEYER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7992


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/04/2005 and was confirmed 06/23/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.14%.

      The case was paid in full 06/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED              5427.37       109.21       5427.37
WASHINGTON MUTUAL HM LOA  CURRENT MORTG           .00           .00           .00
*SCHOTTLER & ZUKOSKY      PRIORITY           NOT FILED         .00           .00
AMERICAN EXPRESS TRAVEL   UNSECURED            4717.51         .00         667.20
AMERICAN EXPRESS TRAVEL   UNSECURED           15606.48         .00        2207.22
AMERICAN EEXPRESS         UNSECURED           NOT FILED        .00           .00
ECAST SETTLEMENT CORP     UNSECURED           12113.30         .00        1713.18
SHERMAN ACQUISITION LLC   UNSECURED            7595.39         .00        1074.22
ECAST SETTLEMENT CORP     UNSECURED            3115.19         .00         440.58
ECAST SETTLEMENT CORP     UNSECURED           10473.26         .00        1481.23
ECAST SETTLEMENT CORP     UNSECURED            4501.59         .00         636.66
CHASE MANHATTAN BANK      UNSECURED           NOT FILED        .00           .00
ECAST SETTLEMENT CORP     UNSECURED           15540.38         .00        2197.88
ECAST SETTLEMENT CORP     UNSECURED            6468.78         .00         914.88
RESURGENT ACQUISITION LL  UNSECURED            6283.72         .00         888.71
DISCOVER                  UNSECURED           NOT FILED        .00           .00
DISCOVER                  UNSECURED           NOT FILED        .00           .00
HARRIS BANK CARD SERV     UNSECURED           NOT FILED        .00           .00
ECAST SETTLEMENT CORP     UNSECURED            9855.29         .00        1393.83
ECAST SETTLEMENT CORP     UNSECURED            7295.39         .00        1031.79
JEFFERSON CAPITAL SYSTEM  UNSECURED           10167.34         .00        1437.97
MBNA AMERICA              UNSECURED           NOT FILED        .00           .00
ECAST SETTLEMENT CORP     UNSECURED           20687.23         .00        2925.78
LVNV FUNDING LLC          UNSECURED            6194.55         .00         876.10
NCMIC FINANCE CORP        UNSECURED           26709.06         .00        3777.45
ECAST SETTLEMENT CORP     UNSECURED            5392.41         .00         762.65
ECAST SETTLEMENT CORP     UNSECURED           13327.87         .00        1884.96
PORTFOLIO RECOVERY ASSOC  UNSECURED           17936.87         .00        2536.81
APPLIED INCOME SCIENCES   FILED LATE           6406.27         .00           .00
*SCHOTTLER & ZUKOSKY      DEBTOR ATTY         1,200.00                    1,200.00
TOM VAUGHN                TRUSTEE                                         2,106.31
DEBTOR REFUND             REFUND                                              .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 12487 ROBERT E HARMEYER

```
       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  37,691.99

PRIORITY                                                 .00
SECURED                                             5,427.37
    INTEREST                                          109.21
UNSECURED                                          28,849.10
ADMINISTRATIVE                                      1,200.00
TRUSTEE COMPENSATION                                2,106.31
DEBTOR REFUND                                            .00
                         ---------------      ---------------
TOTALS                   37,691.99                 37,691.99
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 09/25/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```